JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CONRAD, | Case No. CV 15-04609-MWF (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JACK FOX, WARDEN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 30, 2015

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1